ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2014 JUN -2 AM 9:48
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| GUILLERMO DEJESUS NAVARRETE-MONTANA, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 314-022 |
| THE UNITED STATES ATTY GRL OF THE US, et al., | ) ) ) ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Plaintiff's motion to proceed *in forma pauperis*, **DISMISSES** Plaintiff's complaint without prejudice, and **CLOSES** this civil action.

SO ORDERED this 2nd day of June, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE